

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00068-CV

Ismael **ALDABA**,
Appellant

v.

Claudia Patricia **OYERVIDES**,
Appellee

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3143CCL
Honorable Sergio J. Gonzalez, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice

Delivered and Filed:  June 11, 2014

DISMISSED

Appellant has filed an agreed motion to dismiss this appeal, stating that the parties have settled their dispute.  We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

PER CURIAM